601 P.2d 1203

STATE of New Mexico ex rel. Ira ROB-
INSON, District Attorney, Petitioner,

v.

Hon. James A. MALONEY, District
Judge, Respondent.

No. 12413.

Supreme Court of New Mexico.

Aug. 9, 1979.

This cause having heretofore been sub-
mitted and taken under advisement, and
the Court now being sufficiently advised in
the premises;

NOW, THEREFORE, IT IS CON-
SIDERED, ORDERED AND ADJUDGED
by the Court that the alternative writ of
mandamus heretofore issued in this cause
on March 14, 1979, be and the same is
hereby made permanent.